AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CLIFFORD THOMAS | ) Case No: 4:04cr00114-01 JMM |
| | ) USM No: 23318-009 |
| Date of Previous Judgment: October 28, 2005 | ) Lisa Peters |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __97 months__ months **is reduced to** __78 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __30__         Amended Offense Level: __28__
Criminal History Category: __I__       Criminal History Category: __I__
Previous Guideline Range: __97__ to __121__ months   Amended Guideline Range: __78__ to __97__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __10/28/05__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __June 16, 2008__                    /s/ James M. Moody
                                                                       Judge's signature

Effective Date: _____                   James M. Moody, United States District Judge
       (if different from order date)                           Printed name and title